UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: Earl Porter, JR.,　　　　　　　　　　　　　　Case No. 10-40345
　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　　　　　　　　　　　　　　　　　　　　　　　Hon: Tucker
　　Debtor.

## Motion To Reopen Chapter 7 Bankruptcy Case
## In Order To File An Adversary Complaint Against Unicare
## For Its Violation of the Sec. 524 Discharge Injunction

Now Comes, Debtor, Earl Porter by and through his attorneys, Neal J. Brand & Associates, and requests upon this Honorable Court as follows:

1. Debtor filed for Chapter 7 Bankruptcy on January 7, 2010.

2. Debtor listed all of his debts and obligations in his Chapter 7 petition.

3. Debtor's chapter 7 petition listed monies and debt owed to Unicare for an overpayment in the approximate amount of $42,000.00

4. Debtor received a discharge of debt from Honorable Thomas J. Tucker, on April 13, 2010.

5. Debtor's original Unicare payment arose from a back injury which occurred on September 14, 2004

6. Debtor missed approximately 3 years of work because of this injury

7. Debtor returned to work April 30, 2008.

8. Approximately 7 Months after Debtor received his bankruptcy discharge he was shot and sustained a life threatening injury. This new injury occurred on Jan 30, 2011.

9. This new injury was completely unrelated to the injury which occurred in 2004.

10. Debtor applied to Unicare for benefits pursuant to his UAW union contract

11. Debtor expected to receive his Unicare benefits as he has continuously been paying into the insurance fund.

12. Unicare declined to pay the Debtor his benefits and has cited the Doctrine of Recoupment.

13. Debtor argues that the doctrine of Reoupment is inapplicable in the instant case as the transaction which Debtor is trying to collect his benefits from arose out of an entirely different transaction than the Debtor's instant transaction.

14. Any money owed to Unicare for the 2004-2008 overpayment was discharged in Debtors 2010 Bankruptcy proceeding.

15. Debtor seeks repayment of 8 weeks of missed Unicare Payments and attorney's fees in the amount of $200.00 hour.

16. Debtor also seeks damages in the amount of $10,000.00 for injuries suffered in having to bring forth this motion.

17. That Concurrence from Creditor's Attorney was sought by movant's attorney's office most recently on April 11, 2011 and concurrence was not able to be obtained.

Respectfully Submitted,
Neal J. Brand & Assoc, PLLC

Dated April 13, 2011

/s/ Neal J. Brand (P60137)
Attorney for Debtor
17117 W. Nine Mile Rd, Ste 1035
Southfield, MI 48075
248/.423.4500
Email: Neal@njbrandlaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: Earl Porter, JR.,                      Case No. 10-40345
                                                       Chapter 7
                                                       Hon: Tucker

        Debtor.
_____/

## ORDER TO REOPEN CHAPTER 7 BANKRUPTCY CASE

Upon the reading and filing of Attorney for Debtors, Neal J. Brand & Associates Motion To Reopen Chapter 7 Bankruptcy Case in Order to File an Adversary Complaint Against Unicare for its Violation of the Sec. 524 Discharge Injunction and no objections having been filed to the said Petition, and a Certificate of No Response having been filed with this Court;

IT IS HEREBY ORDERED:

    a. That the Debtor's Chapter 7 Bankruptcy Case be reopened.