UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: EARL PORTER, JR.　　　　　　　　　　　　　Case No. 10-40345
　　　　　　　　　　　　　　　　　　　　　　　　Hon. TUCKER
　　　Debtor(s)　　　　　　　　　　　　　　　　　Chapter 7

　　　NEAL J. BRAND, Attorney for Debtor(s), has filed papers with the Court to Reopen Chapter 7 Bankruptcy Case in Order to File an Adversary Complaint Against Unicare for its Violation of the Sec. 524 Discharge Injunction.

　　　**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (if you do not have an attorney, you may wish to consult one).**

　　　If you do not want the Court to Reopen Chapter 7 Bankruptcy Case, or is you want the Court to consider your views on the Motion, within **Twenty One (21) Days,** you or your attorney must:

　　1.　　File with the court a written response or answer, explaining your position at:

**United States Bankruptcy Court
211 W. Fort Street, Suite 2100
Detroit, MI 48226**

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:

NEAL J. BRAND (60137)　　　　　　　　　　　　KAREN E. EVANGELISTA
Attorney for Debtor　　　　　　　　　　　　　　CHAPTER 7 TRUSTEE
17117 W. Nine Mile Rd, Suite 1035　　　　　　　439 South Main
Southfield, MI 48075　　　　　　　　　　　　　Suite 250
　　　　　　　　　　　　　　　　　　　　　　　Rochester, MI 48307

　　2.　　If your response is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time, and location of the hearing.

　　**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection, and may enter an order granting that relief.**

Dated: April 15, 2011　　　　　　　　　　　　　/s/ Neal J. Brand
　　　　　　　　　　　　　　　　　　　　　　　Neal J. Brand (P60137)
　　　　　　　　　　　　　　　　　　　　　　　Jaclyn M. Giannangeli (P65277)
　　　　　　　　　　　　　　　　　　　　　　　Neal J. Brand & Associates, PLLC
　　　　　　　　　　　　　　　　　　　　　　　17117 W. Nine Mile Rd., Suite 1035
　　　　　　　　　　　　　　　　　　　　　　　Southfield, MI 48075
　　　　　　　　　　　　　　　　　　　　　　　(248) 423-4500
　　　　　　　　　　　　　　　　　　　　　　　Nealjbesq@yahoo.